

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-15-2004

# Zdrok v. V Secret Catalogue

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-3450

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Zdrok v. V Secret Catalogue" (2004). *2004 Decisions.* Paper 337.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/337

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 02-3450 & 03-2321

VICTORIA ZDROK, individually
d/b/a Planet Victoria, Inc.; d/b/a PlanetVictoria.com

v.

V SECRET CATALOGUE, INC.;
VICTORIA'S SECRET DIRECT, LLC;
VICTORIA'S SECRET STORES, INC.;
INTIMATE BEAUTY CORP.,
each corporations

> VICTORIA ZDROK, individually and doing business
> as Planet Victoria, Inc. and PlanetVictoria.com,
> > Appellant at No. 02-3450

> VICTORIA ZDROK, individually and doing business
> as Planet Victoria, Inc. and PlanetVictoria.com; and
> her attorneys of record MICHAEL A. TAYLOR*,
> ESQ. and STEVEN L. SLOCA*, ESQ.,
> > Appellants at No. 03-2321

(*Pursuant to Rule 12(a), F.R.A.P. and Amended Notice of Appeal 5/23/03)

On Appeal from the United States District Court
for the District of New Jersey
D.C. Civil Action No. 01-cv-04282
(Honorable William G. Bassler)

Submitted Pursuant to Third Circuit LAR 34.1(a)
May 25, 2004

Before:  SCIRICA, *Chief Judge*, RENDELL and ALARCÓN[*], *Circuit Judges*

**ORDER AMENDING OPINION**

IT IS HEREBY ORDERED that the not precedential opinion in the above case, filed July 23, 2004, be amended as follows:

> Page 4, carryover paragraph, last sentence:  Delete sentence which read:
> Neither party informed this Court of these recent rulings by the Ohio court, contrary to their responsibility to submit relevant supplemental materials necessary to render a fair and impartial verdict.  *See* Fed. R. App. P. 28(j).

BY THE COURT,

/s/ Anthony J. Scirica
*Chief Judge*

DATED:   September 15, 2004

---

[*]The Honorable Arthur L. Alarcón, United States Circuit Judge for the Ninth Judicial Circuit, sitting by designation.